United States District Court
For the District of Columbia

Hsing C. Liu
P.O. Box 23139
Washington, D. C. 20026

    V.                                              Civil Action No._____

Kevin, J. Martin, Chairman
Federal Communications Commission

**COMPLAINT**

Count One

(Employment Discrimination)

1) At all times herein the plaintiff,) Asian, Chinese) is employed by the defendant agency as a GS-14 electronics engineer in the defendant's International Bureau ("IB"). The defendant is the Chairman of the Federal Communications Commission ("FCC"). The jurisdiction of the Court is based upon Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. 2000(e) et. seq. As amended Venue is appropriate in the District of Columbia by virtue of the fact that the plaintiff is employed by the defendant agency in the District of Columbia.

2) On March 3, 2005, the plaintiff filed a formal EEO complaint with the agency alleging that the agency discriminated against him on the basis of his race and national origin by not providing with equal opportunity in competing a GS-15 position vacancy, and therefore requested that the agency to re-post the GS-15 vacancy announcement for which he was qualified for, but had been deterred the opportunity to apply. The agency dismissed his complaint. The position at issue, Vacancy Announcement Number VAN 04-0068DF advertised first a GS-15 Physicist and amended as a GS-15 Physicist/Electronics Engineer in VAN 04-0100 in the agency's IB. On November 16, 2005, the U.S. Equal Employment Opportunity Commission ("EEOC") issued a right to sue letter to the plaintiff, denying his appeal. This lawsuit is timely

filed.

3) The agency listed the position in such a manner that certain individuals would be preselected for the position. These individuals are George Sharp and Donald Campbell, who are Caucasians. The first individual rejected the offer as did the second applicant. The agency then withdrew the announcement to prevent the plaintiff's application.

4) The plaintiff is qualified for the position and would have applied for the same had the agency not acted to deter him from applying and had the announcement not been arbitrarily withdrawn so as to deprive the plaintiff of his right to apply for the same and to secure a promotion within the defendant agency and providing of all financial benefits to the plaintiff that a promotion would guarantee to him.

5) At all times herein the employment record of the plaintiff has met the requirements of the defendant agency. He has been a long time employee of the agency and received good evaluations.

6) The acts of discrimination outlined herein were undertaken by the agents of the defendant employer who were acting in the scope of their employment and on behalf of their employer.

7) As the direct result of the acts of discrimination herein above alleged, the plaintiff suffered anxiety, emotional distress and humiliation by virtue of the denial of the right to him to seek a promotion based upon his race and national origin.

8) As then direct result of the acts of employment discrimination directed toward the plaintiff because of his race and national origin the plaintiff was denied the opportunity to secure a promotion which would have given him increased benefits and income within the agency. He seeks the following relief;

    a) Promotion to a GS-15 pay grade with retroactive back pay and full benefits,

    b) A ban on any retaliation against him for engaging in protected activity.

    c) Attorneys' fees, court costs, prejudgment interest, compensatory damages as allowed

by statute and any additional relief the court deems appropriate. Trial by jury demanded on all issues.

---

Sol Z. Rosen Esq. #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax (202) 206-9375