UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HSING C. LIU,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06CV268 (JR) |
| | ) | |
| **KEVIN J. MARTIN, CHAIRMAN,** | ) | |
| **FEDERAL COMMUNICATIONS** | ) | |
| **COMMISSION,** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendant requests that the deadline for responding to Plaintiff's Complaint be extended 14 days, from April 17, 2006, to May 1, 2006. Plaintiff's counsel does not oppose this request. The grounds for this request are set forth below.

Plaintiff's Complaint references two vacancy announcements posted by the Federal Communications Commission ("FCC") in 2003 and 2004 (the second announcement revised and replaced the first). Although agency counsel has been able to obtain the underlying file for one of the vacancy announcements, documents respecting the older announcement had been placed in storage and have not yet been made available. Agency counsel informed undersigned counsel that he should receive the file some time during the week of April 17, 2006. Thereafter some additional time is necessary to review the file and ascertain the facts respecting Plaintiff's Complaint.

This extension is sought in good faith and will not unfairly prejudice any party. In addition, allowing Defendant additional time to respond to Plaintiff's Complaint will aid the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including May 1, 2006.

Dated: April 14, 2006.

    Respectfully submitted,

    /s/
    KENNETH L. WAINSTEIN, D.C. BAR # 451058
    United States Attorney

    /s/
    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney

    /s/
    HEATHER R. PHILLIPS, CA BAR # 191620
    Assistant United States Attorney
    Judiciary Center Building
    555 4th Street, N.W. - Civil Division
    Washington, D.C.  20530
    (202) 514-7139

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion for Enlargement of Time was served on Plaintiff's Counsel via the Court's ECF system.

                /s/
               HEATHER R. PHILLIPS
               Assistant United States Attorney
               Judiciary Center Building
               555 4th Street, NW, Rm. E4212
               Washington, D.C. 20001
               (202) 514-7139

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HSING C. LIU, )<br>)<br>   Plaintiff, )<br>   v. )<br>)<br>KEVIN J. MARTIN, CHAIRMAN, )<br>FEDERAL COMMUNICATIONS )<br>COMMISSION, )<br>)<br>   Defendant )<br>_____ ) | Civil Action No. 06CV268 (JR) |

### ORDER

Upon consideration of Defendant's MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, it is this ____ day of _____, hereby

ORDERED that the Defendant's Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

ECF service to counsel of record