UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HSING C. LIU,                                )
                                             )
          Plaintiff,                         )
                                             )
v.                                           )   Civil Action No. 06-0268 (JR)
                                             )
KEVIN J. MARTIN, Chairman,                   )
Federal Communications Commission,           )
                                             )
          Defendant.                         )
_____)

## DECLARATION OF DIANE F. GRAHAM

1. I am presently employed by the Federal Communications Commission ("FCC") as an Administrative Management Specialist in the International Bureau ("IB"). I have served in that capacity since May 2003. In such capacity, I am familiar with the personnel practices of the FCC's IB, including the posting and filling of vacancy announcements.

2. In connection with my duties as an Administrative Management Specialist, I reviewed personnel materials related to Vacancy Announcement Numbers ("VAN") 04-0068DF and 04-0100.

3. The statements made in this declaration are based upon my personal knowledge, information made known to me in my official capacity, and information available to me in my official capacity and about which I have become knowledgeable.

4. By VAN 04-0068DF, advertised from December 30, 2003, through January 14, 2004, the FCC sought applications FCC-wide to fill a GS-15 Physicist position in the IB's Systems Analysis Branch ("SAB"). See VAN 04-0068DF, attached hereto as Exhibit A. VAN 04-0068DF was never filled.

5. By VAN 04-0100, advertised from February 4, 2004, through February 19, 2004, the FCC sought applications FCC-wide to fill a GS-15 Physicist Electronics Engineer position in the SAB. See VAN 04-0100, attached hereto as Exhibit B.

6. Neither VAN 04-0068DF nor VAN 04-0100 was withdrawn; instead both postings remained open for the duration of time specified in the vacancy announcements, and closed on the dates specified therein.

7. VAN 04-0100 was a re-advertisement of VAN 04-0068DF, seeking to fill the same GS-15 vacancy, except that the position title was revised to state "Interdisciplinary: Physicist Electronics Engineer" instead of "Physicist."

-1-

8. On February 27, 2004, a Merit Promotion Certificate for VAN 04-0100 containing the names of three candidates -- Donald Campbell, Qihui Huang, and George Sharp -- was issued to the selecting official, William E. Howden, then Chief of SAB. *See* Merit Promotion Certificate, attached hereto as Exhibit C.

9. On March 4, 2004, Mr. Howden selected Donald Campbell to fill the position advertised in VAN 04-0100. This is evidenced by the "S" marked by Mr. Campbell's name denoting his selection, and by the "NS" marked by Ms. Huang's and Mr. Sharp's names, denoting their non-selection. *See* Exhibit C.

10. On March 15, 2004, Mr. Campbell declined the position advertised in VAN 04-0100.

11. The Merit Promotion Certificate for VAN 04-0100 reflects that VAN 04-0100 was offered to only one individual, Mr. Campbell, and after he declined the position, VAN 04-0100 was never filled.

12. FCC personnel records reflect that William E. Howden, former SAB Chief, retired from Agency service on January 21, 2005.

13. FCC personnel records reflect that Doreen Fisher, the personnel specialist who prepared the Merit Promotion Certificate for VAN 04-0100, retired from Agency service in August 2004.

14. FCC personnel records reflect that Tom Tyez, Mr. Howden's former supervisor, retired from the FCC effective August 2005.

15. The complete merit promotion files for VAN 04-006SDF and VAN 04-0100 no longer exist.

16. Pursuant to 28 U.S.C. § 1746, I, Diane F. Graham, declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of May, 2006.

Diane F. Graham

# EXHIBIT A

FEDERAL COMMUNICATIONS COMMISSION
VACANCY ANNOUNCEMENT

ANNOUNCEMENT #:            04-0068DF

POSITION TITLE:                    Physicist

PAY PLAN/SERIES/GRADE:     GS-1310-15

OPENING DATE:              12/30/03

CLOSING DATE:              01/14/04

ORGANIZATION LOCATION:     International Bureau
                                    Satellite Division
                                    Systems Analysis Branch

SALARY RANGE:              $95,987 - 124,783

PROMOTION POTENTIAL:       None

AREA OF CONSIDERATION:     FCC-Wide

HOW TO APPLY: (All applications should include the vacancy announcement number.) To receive consideration, the following documents should be submitted (HAND DELIVERED, FAXED, OR SENT VIA INTERNET) BY THE CLOSING DATE:

(1) An OF-612 (Optional Application for Federal Employment"), a Resume, an SF-171 Form ("Application for Federal Employment"), or any other application document you choose. See attachment ("Applying for a Federal Job"), for specific information which must be contained in your application;
(2) Current Federal employees should submit a copy of their most recent annual performance appraisal;
(3) A narrative description of how you meet any Selective Factors and any Evaluation Criteria; and,
(4) When the area of consideration is "Government-wide" or "All Sources," status candidates should submit an SF-50 Form ("Notification of Personnel Action") showing permanent or conditional tenure attained in either a current or former position in the competitive service.
(5) When the position is announced at multiple grade levels, candidates should specify the grade(s) and/or salary for which you wish to be considered. When no grade(s) or salary is indicated, consideration will be given only at the grade or salary currently or formerly held and at the higher grade(s) for which eligible.
(6) When Area of Consideration is "All Sources," status candidates who wish to be considered as both status and nonstatus must submit two complete applications. When only one application is received, consideration will be given only as a status candidate.

FAX APPLICATIONS TO:     (202)418-1498
SUBMIT APPLICATIONS VIA INTERNET TO: @fcc.gov  (Please forward applications in Word format.)

For further information, contact          at (202)418-.  The TTY telephone number for the hearing impaired is (202) 418-0126.

A background investigation will be required of all new hires to the FCC. FCC employees will be required to undergo an investigation based on the new position's risk/sensitivity level if the employee has not been appropriately investigated. The nature of the background check will be based on the risk designation assigned to the position. The investigation can range from a National Agency Check with Investigation, Minimum Background Investigation, Limited Background Investigation, or Background Investigation. Continued employment will be subject to the successful completion of the investigation and favorable adjudication.

This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

In order to qualify and receive consideration, applicants must meet the qualifications and time-in grade requirements by the closing date of this announcement. All candidates will be considered without regard to political or religious affiliation, marital status, race, color, sex, national origin, nondisqualifying physical or mental handicap, age, or any other nonmerit factor.

THE FEDERAL COMMUNICATIONS COMMISSION IS AN EQUAL OPPORTUNITY EMPLOYER.

BRIEF DESCRIPTION OF DUTIES: As a Senior Physicist in the Systems Analysis Branch, the incumbent performs extensive research to facilitate the International Bureau?s goal to encourage the highest and best use of spectrum domestically and internationally for satellite communications services such as space stations, earth stations, C-Band, Ku-Band, very small aperture terminals (VSATs), C-Band small aperture terminal earth station networks (CSATs), Direct Broadcast Satellite (DBS), Earth Station Vessels (ESV), and International Public Fixed Radio Service (IPFRS). Identifies need, and plans and carries out or supervises the collection and analysis of data related to allocation and use of spectrum and potential interference issues. The incumbent explores and defines problems related to the efficient use of spectrum, plans the approach and sequence of steps, executes experiments or studies, interprets findings, documents and reports findings to the Chief, Systems Analysis Branch and other senior Commission staff.

Basic Requirement:
A. Degree : Physics; or related degree that included at least 24 semester hours in physics or
B. Combination of education and experience-courses equivalent to a major in physics totaling at least 24 semester hours, plus appropriate experience or additional education.
In either a or b, the courses must have included a fundamental course in general physics and, in addition, courses in any of the two of the following: electricity and magnetism, heat light, mechanics, modern physics, and sound.

SPECIALIZED EXPERIENCE: One year of specialized experience equivalent to the next lower grade level which has equipped the applicant with the particular knowledge, skills and abilities to successfully perform the duties of the position. Applicant must have experience in one or more of the following areas: conducting complex and highly technical studies; preparing associated reports to detail findings of studies; actively participating in high level negotiations or meetings; and serving as an advisor to management on highly complex and technical matters.

EVALUATION CRITERIA:

1. Ability to conduct studies of, and identify alternative solutions to highly complex problems involving the geometric, electromagnetic, and statistical characteristics of satellite communications networks, and where appropriate construct computer programs to determine the consequences of various assumptions.

2. Ability to write clearly, concisely and in an organized manner with conclusions fully supported by appropriate facts and analysis.

3. Ability to interact effectively with diverse individuals at all levels of authority, explaining positions orally in a clear, cogent and persuasive manner.

4. Ability to construct clear and informative presentations of complex geometric and electromagnetic relationships in a variety of media.

5. Ability to employ computer programming languages, including C, Visual Basic, Unix scripts and backend Sybase scripts, to store, create and retrieve and analyze complex technical data.

IF YOU ARE A DISPLACED FEDERAL EMPLOYEE REQUESTING SPECIAL SELECTION PRIORITY CONSIDERATION UNDER THE INTERAGENCY CAREER TRANSITION ASSISTANCE PROGRAM (ICTAP), YOU MUST:  Submit a copy of the appropriate documentation such as a RIF separation notice, or letter from OPM or your agency documenting your priority consideration status with your application package, and be rated well-qualified for the position.  Well-qualified means the individual must be rated at the fully qualified level in the Commission rating plan.

RELOCATION EXPENSES WILL NOT BE PAID.

APPLYING FOR A FEDERAL JOB
(Optional Form 510)
September 1994
United States Office of Personnel Management

JOB OPENINGS

For job information 24 hours a day, 7 days a week, call 912-757-3000, the U.S. Office of Personnel Management (OPM) automated telephone system.  Or, with a computer modem dial 912-757-3100 for job information from an OPM electronic bulletin board.  You can also reach the board through the Internet (Telnet only) at FJOB.MAIL.OPM.GOV.

APPLICANTS WITH DISABILITIES

You can find out about alternative formats by calling OPM. Select "Federal Employment Topics" and then "People with Disabilities." Or, dial our electronic bulletin board.  If you have a hearing disability, call TDD 912-744-2299.

HOW TO APPLY

Review the list of openings, decide which jobs you are interested in, and follow the instructions given.  You may apply for most jobs with a resume, the Optional Application for Federal Employment, or any other written format you choose.  For jobs that are unique or filled through automated procedures, you will be given special forms to complete.  (You can get an Optional
Application by calling OPM or dialing our electronic bulletin board at the numbers above.)

WHAT TO INCLUDE

Although the Federal Government does not require a standard application form for most jobs, we do need certain information to evaluate your qualifications and determine if you meet legal requirements for Federal employment.  If your resume or application does not provide all the information requested in the job vacancy announcement and in this flyer, you may lose
consideration for a job.  Help speed the selection process by keeping your resume or application brief and by sending only the requested material.  Type or print clearly in dark ink.

Here's what your resume or application must contain (in addition to specific information requested in the job vacancy announcement):

JOB INFORMATION

Announcement number, and title and grade(s) of the job for which you are applying.

PERSONAL INFORMATION

* Full name, mailing address (with ZIP Code) and day and evening phone numbers (with area code)
* Social Security Number
* Country of citizenship (Most Federal jobs require United States citizenship.)
* Veterans' preference  (See below.)
* Reinstatement eligibility.  (If requested, attach SF 50 proof of your career or career-conditional status.)
* Highest Federal civilian grade held (Also give job series and dates held.)

EDUCATION

* High school (Name, City, and State, and ZIP Code if known). Date of diploma or GED
* Colleges and Universities (Name, City, and State, and ZIP Code if known).  Majors and Type and year of any degrees received. (If no degree, show total credits earned and indicate whether semester or quarter hours.)
* Send a copy of your college transcript only if the job vacancy announcement requests it.

WORK EXPERIENCE

Give the following information for your paid and nonpaid work experience related to the job for which you are applying. (Do not send job descriptions.)

* Job title (include series and grade if Federal job)
* Duties and accomplishments
* Employer's name and address
* Supervisor's name and phone number
* Starting and ending dates (month and year)
* Hours per week
* Salary
* Indicate if we may contact your current supervisor.

OTHER QUALIFICATIONS

* Job-related training courses (title and year)
* Job-related skills, for example, other languages, computer software/hardware, tools, machinery, typing speed
* Job-related certificates and licenses (current only)
* Job-related honors, awards, and special accomplishments, for example, publications, memberships in professional or honor societies, leadership activities, public speaking, and performance awards.  (Give dates but do not send documents unless requested.)

VETERANS' PREFERENCE IN HIRING
* The Defense Authorization Act of November 18, 1997, extended veterans' preference to persons who served on active duty during the Gulf War from August 2, 1990, through January 2, 1992.  The law grants preference to persons otherwise eligible and who served on active duty during this period, regardless of where the person served or for how long.  The law also authorizes the Secretary of each military department to award the Armed Forces Expeditionary Medal for service in Bosnia during the period November 20, 1995, to a date to be determined.  The award of the Medal is qualifying for veterans' preference.  More information on veterans' preference is available in the VetGuide that may be found on the United States Office of Personnel Management web site at www.opm.gov.
* If you served on active duty in the United States Military and were separated under honorable conditions, you may be eligible for

veterans' preference. To receive preference if your service began after October 15, 1976, you must have a Campaign Badge, Expeditionary Medal, or a service-connected disability. For further details, call OPM at 912-757-3000. Select "Federal Employment Topics" and then "Veterans." Or, dial our electronic bulletin board at 912-757-3100.
* Veterans' preference is not a factor for Senior Executive Service jobs or when competition is limited to status candidates (current or former Federal career or career-conditional employees).
* To claim 5-point veterans' preference, attach a copy of your DD-214, Certificate of Release or Discharge from Active Duty, or other proof of eligibility.
* To claim 10-point veterans' preference, attach an SF 15, Application for 10-Point Veterans' Preference, plus the proof required by that form.

OTHER IMPORTANT INFORMATION

Before hiring, an agency will ask you to complete a Declaration for Federal Employment to determine your suitability for Federal employment and to authorize a background investigation. The agency will also ask you to sign and certify the accuracy of all the information in your application. If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be fined or jailed.
* If you are a male over age 18 who was born after December 31, 1959, you must have registered with the Selective Service System (or have an exemption) to be eligible for a Federal job.
* The law prohibits public officials from appointing, promoting, or recommending their relatives.
* Federal annuitants (military and civilian) may have their salaries or annuities reduced. All employees must pay any valid delinquent debts or the agency may garnish their salary.

PRIVACY AND PUBLIC BURDEN STATEMENTS

The Office of Personnel Management and other Federal agencies rate applicants for Federal jobs under the authority of sections 1104, 1302, 3301, 3304, 3320, 3361, 3393, and 3394 of title 5 of the United States Code. We need the information requested in this brochure and in the associated vacancy announcements to evaluate your qualifications. Other laws require us to ask about citizenship, military service, etc.
* We request your Social Security Number (SSN) under the authority of Executive Order 9397 in order to keep your records straight; other people may have the same name. As allowed by law or Presidential directive, we use your SSN to seek information about you from employers, schools, banks, and others who know you. Your SSN may also be used in studies and computer matching with other Government files, for example, files on unpaid student loans.
* If you do not give us your SSN or any other information requested, we cannot process your application, which is the first step in getting a job. Also, incomplete addresses and ZIP Codes will slow processing.
* We may give information from your records to: training facilities; organizations deciding claims for retirement, insurance, unemployment or health benefits; officials in litigation or administrative proceedings where the Government is a party; law enforcement agencies concerning violations of law or regulation; Federal agencies for statistical reports and studies; officials of labor organizations recognized by law in connection with representing employees; Federal agencies or other sources requesting information for Federal agencies in connection with hiring or retaining, security clearances, security or suitability investigations, classifying jobs, contracting, or issuing licenses, grants, or other benefits; public or private organizations including news media that grant or publicize employee recognition

and awards; and the Merit Systems Protection Board, the Office of Special Counsel, the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, the National Archives, the Federal Acquisition Institute, and congressional offices in connection with their official functions.

* We may also give information from your records to prospective nonfederal employers concerning tenure of employment, civil service status, length of service, and date and nature of action for separation as shown on personnel action forms of specifically identified individuals; requesting organizations or individuals concerning the home address and other relevant information on those who might have contracted an illness or been exposed to a health hazard; authorized Federal and nonfederal agencies for use in computer matching; spouses or dependent children asking whether an employee has changed from self-and-family to self-only health benefits enrollment; individuals working on a contract, service, grant, cooperative agreement or job for the Federal Government; non-agency members of an agency's performance or other panel; and agency-appointed representatives of employees concerning information issued to an employee about fitness-for-duty or agency-filed disability retirement procedures.

* We estimate the public burden for reporting the employment information will vary from 20 to 240 minutes with an average of 40 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data, and completing and reviewing the information. You may send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to the U.S. Office of Personnel Management, Reports and Forms Management Officer, Washington, DC 20415-0001.

Form Approved: OMB 3206-0219    50510-101    NSN 7540-01-351-9177

# EXHIBIT B

FEDERAL COMMUNICATIONS COMMISSION
VACANCY ANNOUNCEMENT

ANNOUNCEMENT #:             04-0100

POSITION TITLE:             Interdisciplinary: Physicist/Electronics Engineer

PAY PLAN/SERIES/GRADE:      GS-1310/0855     -15

OPENING DATE:               02-04-04

CLOSING DATE:               02/19/04

ORGANIZATION LOCATION:      International Bureau
                            Satellite Division
                            Systems Analysis Branch

SALARY RANGE:               $98,023 – 127,434

PROMOTION POTENTIAL:        None

AREA OF CONSIDERATION:      FCC-Wide

HOW TO APPLY: (All applications should include the vacancy announcement number.) To receive consideration, the following documents should be submitted (HAND DELIVERED, FAXED, OR SENT VIA INTERNET) BY THE CLOSING DATE:

(1) An OF-612 (Optional Application for Federal Employment"), a Resume, an SF-171 Form ("Application for Federal Employment"), or any other application document you choose. See attachment ("Applying for a Federal Job"), for specific information which must be contained in your application;
(2) Current Federal employees should submit a copy of their most recent annual performance appraisal;
(3) A narrative description of how you meet any Selective Factors and any Evaluation Criteria; and,
(4) When the area of consideration is "Government-wide" or "All Sources," status candidates should submit an SF-50 Form ("Notification of Personnel Action") showing permanent or conditional tenure attained in either a current or former position in the competitive service.
(5) When the position is announced at multiple grade levels, candidates should specify the grade(s) and/or salary for which you wish to be considered. When no grade(s) or salary is indicated, consideration will be given only at the grade or salary currently or formerly held and at the higher grade(s) for which eligible.
(6) When Area of Consideration is "All Sources," status candidates who wish to be considered as both status and nonstatus must submit two complete applications. When only one application is received, consideration will be given only as a status candidate.

FAX APPLICATIONS TO:    (202)418-1498
SUBMIT APPLICATIONS VIA INTERNET TO: Juan Salazar@fcc.gov (Please forward applications in Word format.)

For further information, contact Juan Salazar at (202)418-0130. The TTY telephone number for the hearing impaired is (202) 418-0126.

A background investigation will be required of all new hires to the FCC. FCC employees will be required to undergo an investigation based on the new position's risk/sensitivity level if the employee has not been appropriately investigated. The nature of the background check will be based on the risk designation assigned to the position. The investigation can range from a National Agency Check with Investigation, Minimum Background Investigation, Limited Background Investigation or Background Investigation. Continued employment will be subject to the successful completion of the investigation and favorable adjudication.

This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

In order to qualify and receive consideration, applicants must meet the qualifications and time-in grade requirements by the closing date of this announcement. All candidates will be considered without regard to political or religious affiliation, marital status, race, color, sex, national origin, nondisqualifying physical or mental handicap, age, or any other nonmerit factor.

THE FEDERAL COMMUNICATIONS COMMISSION IS AN EQUAL OPPORTUNITY EMPLOYER.

BRIEF DESCRIPTION OF DUTIES: The incumbent performs extensive research to facilitate the International Bureau's goal to encourage the highest and best use of spectrum domestically and internationally for satellite communications services such as space stations, earth stations, C-Band, Ku-Band, very small aperture terminals (VSATs), C-Band small aperture terminal earth station networks (CSATs), Direct Broadcast Satellite (DBS), Earth Station Vessels (ESV); and International Public Fixed Radio Service (IPFRS). Identifies need, and plans and carries out or supervises the collection and analysis of data related to allocation and use of spectrum and potential interference issues. The incumbent serves as the Commission's expert on satellite earth and space station technical characteristics, and their consideration in evaluating whether interference will be caused under conditions of uniform two degree orbital spacing. The incumbent explores and defines problems related to the efficient use of spectrum, plans the approach and sequence of steps, executes experiments or studies, interprets findings, documents and reports findings to the Chief, Systems Analysis Branch and other senior Commission staff.

Basic Requirement:

Physicist: A. Degree: Physics; or related degree that included at least 24 semester hours in physics or
B. Combination of education and experience-courses equivalent to a major in physics totaling at least 24 semester hours, plus appropriate experience or additional education. In either a or b, the courses must have included a fundamental course in general physics and, in addition, courses in any of the two of the following: electricity and magnetism, heat light, mechanics, modern physics, and sound.

Engineer: Degree: professional engineering. To be acceptable, the curriculum must: (1) be in a school of engineering with at least one curriculum accredited by the Accreditation Board for Engineering and Technology (ABET) as a professional engineering curriculum; or (2) include

differential and integral calculus and courses (more advanced than first-year physics and chemistry) in five of the following seven areas of engineering science or physics: (a) statics, dynamics; (b) strength of materials (stress-strain relationships); (c) fluid mechanics, hydraulics; (d) thermodynamics; (e) electrical fields and circuits; (f) nature and properties of materials (relating particle and aggregate structure to properties); and (g) any other comparable area of fundamental engineering science or physics, such as optics, heat transfer, soil mechanics, or electronics.

SPECIALIZED EXPERIENCE: One year of specialized experience equivalent to the next lower grade level which has equipped the applicant with the particular knowledge, skills and abilities to successfully perform the duties of the position. Applicant must have experience in one or more of the following areas: conducting complex and highly technical studies; preparing associated reports to detail findings of studies; actively participating in high level negotiations or meetings; and serving as an advisor to management on highly complex and technical matters.

EVALUATION CRITERIA:

1. Ability to conduct studies of, and identify alternative solutions to highly complex problems involving the geometric, electromagnetic, and statistical characteristics of satellite communications networks, and where appropriate construct computer programs to determine the consequences of various assumptions.

2. Ability to write clearly, concisely and in an organized manner with conclusions fully supported by appropriate facts and analysis.

3. Ability to interact effectively with diverse individuals at all levels of authority, explaining positions orally in a clear, cogent and persuasive manner.

4. Ability to construct clear and informative presentations of complex geometric and electromagnetic relationships in a variety of media.

5. Ability to employ computer programming languages, including C, Visual Basic, Unix scripts and backend Sybase scripts, to store, create and retrieve and analyze complex technical data.

IF YOU ARE A DISPLACED FEDERAL EMPLOYEE REQUESTING SPECIAL SELECTION PRIORITY CONSIDERATION UNDER THE INTERAGENCY CAREER TRANSITION ASSISTANCE PROGRAM (ICTAP), YOU MUST: Submit a copy of the appropriate documentation such as a RIF separation notice, or letter from OPM or your agency documenting your priority consideration status with your application package, and be rated well-qualified
for the position. Well-qualified means the individual must be rated at the fully qualified level in the Commission rating plan.

RELOCATION EXPENSES WILL NOT BE PAID.

APPLYING FOR A FEDERAL JOB
(Optional Form 510)
September 1994
United States Office of Personnel Management

JOB OPENINGS

For job information 24 hours a day, 7 days a week, call 912-757-3000, the U.S. Office of Personnel Management (OPM) automated telephone system. Or, with a computer modem dial 912-757-3100 for job information from an OPM electronic bulletin board. You can also reach the board through the Internet (Telnet only) at FJOB.MAIL.OPM.GOV.

APPLICANTS WITH DISABILITIES

You can find out about alternative formats by calling OPM. Select "Federal Employment Topics" and then "People with Disabilities." Or, dial our electronic bulletin board. If you have a hearing disability, call TDD 912-744-2299.

HOW TO APPLY

Review the list of openings, decide which jobs you are interested in, and follow the instructions given. You may apply for most jobs with a resume, the Optional Application for Federal Employment, or any other written format you choose. For jobs that are unique or filled through automated procedures, you will be given special forms to complete. (You can get an Optional Application by calling OPM or dialing our electronic bulletin board at the numbers above.)

WHAT TO INCLUDE

Although the Federal Government does not require a standard application form for most jobs, we do need certain information to evaluate your qualifications and determine if you meet legal requirements for Federal employment. If your resume or application does not provide all the information requested in the job vacancy announcement and in this flyer, you may lose consideration for a job. Help speed the selection process by keeping your resume or application brief and by sending only the requested material. Type or print clearly in dark ink.

Here's what your resume or application must contain (in addition to specific information requested in the job vacancy announcement):

JOB INFORMATION

Announcement number, and title and grade(s) of the job for which you are applying.

PERSONAL INFORMATION

* Full name, mailing address (with ZIP Code) and day and evening phone numbers (with area code)

* Social Security Number
* Country of citizenship (Most Federal jobs require United States citizenship.)
* Veterans' preference (See below.)
* Reinstatement eligibility. (If requested, attach SF 50 proof of your career or career-conditional status.)
* Highest Federal civilian grade held (Also give job series and dates held.)

EDUCATION

* High school (Name, City, and State, and ZIP Code if known). Date of diploma or GED
* Colleges and Universities (Name, City, and State, and ZIP Code if known). Majors and Type and year of any degrees received. (If no degree, show total credits earned and indicate whether semester or quarter hours.)
* Send a copy of your college transcript only if the job vacancy announcement requests it.

WORK EXPERIENCE

Give the following information for your paid and nonpaid work experience related to the job for which you are applying. (Do not send job descriptions.)

* Job title (include series and grade if Federal job)
* Duties and accomplishments
* Employer's name and address
* Supervisor's name and phone number
* Starting and ending dates (month and year)
* Hours per week
* Salary
* Indicate if we may contact your current supervisor.

OTHER QUALIFICATIONS

* Job-related training courses (title and year)
* Job-related skills, for example, other languages, computer software/hardware, tools, machinery, typing speed
* Job-related certificates and licenses (current only)
* Job-related honors, awards, and special accomplishments, for example, publications, memberships in professional or honor societies, leadership activities, public speaking, and performance awards. (Give dates but do not send documents unless requested.)

VETERANS' PREFERENCE IN HIRING
* The Defense Authorization Act of November 18, 1997, extended veterans' preference to persons who served on active duty during the Gulf War from August 2, 1990, through January 2, 1992. The law

grants preference to persons otherwise eligible and who served on active duty during this period, regardless of where the person served or for how long. The law also authorizes the Secretary of each military department to award the Armed Forces Expeditionary Medal for service in Bosnia during the period November 20, 1995, to a date to be determined. The award of the Medal is qualifying for veterans' preference. More information on veterans' preference is available in the VetGuide that may be found on the United States Office of Personnel Management web site at www.opm.gov.

* If you served on active duty in the United States Military and were separated under honorable conditions, you may be eligible for veterans' preference. To receive preference if your service began after October 15, 1976, you must have a Campaign Badge, Expeditionary Medal, or a service-connected disability. For further details, call OPM at 912-757-3000. Select "Federal Employment Topics" and then "Veterans." Or, dial our electronic bulletin board at 912-757-3100.
* Veterans' preference is not a factor for Senior Executive Service jobs or when competition is limited to status candidates (current or former Federal career or career-conditional employees).
* To claim 5-point veterans' preference, attach a copy of your DD-214, Certificate of Release or Discharge from Active Duty, or other proof of eligibility.
* To claim 10-point veterans' preference, attach an SF 15, Application for 10-Point Veterans' Preference, plus the proof required by that form.

OTHER IMPORTANT INFORMATION

Before hiring, an agency will ask you to complete a Declaration for Federal Employment to determine your suitability for Federal employment and to authorize a background investigation. The agency will also ask you to sign and certify the accuracy of all the information in your application. If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be fined or jailed.
* If you are a male over age 18 who was born after December 31, 1959, you must have registered with the Selective Service System (or have an exemption) to be eligible for a Federal job.
* The law prohibits public officials from appointing, promoting, or recommending their relatives.
* Federal annuitants (military and civilian) may have their salaries or annuities reduced. All employees must pay any valid delinquent debts or the agency may garnish their salary.

PRIVACY AND PUBLIC BURDEN STATEMENTS

The Office of Personnel Management and other Federal agencies rate applicants for Federal jobs under the authority of sections 1104, 1302, 3301, 3304, 3320, 3361, 3393, and 3394 of title 5 of

the United States Code. We need the information requested in this brochure and in the associated vacancy announcements to evaluate your qualifications. Other laws require us to ask about citizenship, military service, etc.

* We request your Social Security Number (SSN) under the authority of Executive Order 9397 in order to keep your records straight; other people may have the same name. As allowed by law or Presidential directive, we use your SSN to seek information about you from employers, schools, banks, and others who know you. Your SSN may also be used in studies and computer matching with other Government files, for example, files on unpaid student loans.
* If you do not give us your SSN or any other information requested, we cannot process your application, which is the first step in getting a job. Also, incomplete addresses and ZIP Codes will slow processing.
* We may give information from your records to: training facilities; organizations deciding claims for retirement, insurance, unemployment or health benefits; officials in litigation or administrative proceedings where the Government is a party; law enforcement agencies concerning violations of law or regulation; Federal agencies for statistical reports and studies; officials of labor organizations recognized by law in connection with representing employees; Federal agencies or other sources requesting information for Federal agencies in connection with hiring or retaining, security clearances, security or suitability investigations, classifying jobs, contracting, or issuing licenses, grants, or other benefits; public or private organizations including news media that grant or publicize employee recognition and awards; and the Merit Systems Protection Board, the Office of Special Counsel, the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, the National Archives, the Federal Acquisition Institute, and congressional offices in connection with their official functions.
* We may also give information from your records to prospective nonfederal employers concerning tenure of employment, civil service status, length of service, and date and nature of action for separation as shown on personnel action forms of specifically identified individuals; requesting organizations or individuals concerning the home address and other relevant information on those who might have contracted an illness or been exposed to a health hazard; authorized Federal and nonfederal agencies for use in computer matching; spouses or dependent children asking whether an employee has changed from self-and-family to self-only health benefits enrollment; individuals working on a contract, service, grant, cooperative agreement or job for the Federal Government; non-agency members of an agency's performance or other panel; and agency-appointed representatives of employees concerning information issued to an employee about fitness-for-duty or agency-filed disability retirement procedures.
* We estimate the public burden for reporting the employment

information will vary from 20 to 240 minutes with an average of 40 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data, and completing and reviewing the information. You may send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to the U.S. Office of Personnel Management, Reports and Forms Management Officer, Washington, DC 20415-0001.

Form Approved: OMB 3206-0219   50510-101    NSN 7540-01-351-9177

# EXHIBIT C

Rec'd 3/4/04

02/27/2004

# MERIT PROMOTION CERTIFICATE

Page 1

Announcement Number: 04-0100DF

Position Title: Physicist (0855)   BUREAU: IB

DIVISION: SATELLITE DIVISION   Grade Level: 15

### 3 Applications Referred

| ACTION | LAST NAME | FIRST | MI | ID# |
|---|---|---|---|---|
| | Campbell | Donald | D. | 11178 S |
| | Huang | Qihui | | 11176 NS |
| | Sharp | George | | 11172 NS |

[handwritten notation] 3/15/04

Issuing Officer: [signature]   Date: 2/27/04

Indicate with an "S" by applicant's name, if a selection is made

Title: Branch Chief   Date: 3/4/04

Selecting Official (Signature): William E Howden