
FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF WORKPLACE DIVERSITY

| INITIAL CONTACT AND/OR COUNSELING SESSION FOR INFORMAL COMPLAINT OF DISCRIMINATION |
|---|

DATE  8/31/04     phone contact 8/24/04
COMPLAINT NUMBER _____

**PART I: BACKGROUND:**

NAME: Liu, Hsing            SSN: 435 96 4747
(Last, First, Middle Initial)

ORGANIZATION ASSIGNED TO:         HOME ADDRESS:

International Bureau              17102 Indian Gras Drive
Satellite Division                Germantown MD 20874
Systems Analysis Branch

WORK TELEPHONE: 418 0759          HOME TELEPHONE: 301-540-6208

**PART II: BASIS OF COMPLAINT:** (Identify specific race, color, religion, national origin, disability, age or reprisal if alleged.)

RACE: _____              DISABILITY: Physical _____
                                              Mental _____
COLOR: _____              SEX: Male [X]   Female [ ]
RELIGION: _____              AGE: 58  5/15/46
✓NATIONAL ORIGIN Chinese          REPRISAL: _____

**PART III: INCIDENT GIVING RISE TO VISIT/CONTACT:** (Who, What, When, Where, Dates) Use separate sheet of paper if necessary.

See Attached
_____
_____
_____
_____

2

Notified of requirement of attorney's submission of billing requirements at formal stage.    ✓

Informed of witness(es) rights.    ✓

Explained ADR Program.    ✓

Offered informal counseling/ADR.    ✓

**PART VI: OUTCOME:**

Contact resulted in the election of:
[✓] traditional counseling
[ ] ADR
[ ] declined to pursue matter under Title VII

Name of assigned counselor/mediator _Paula-Ann Cech_

Date EEO counselor/mediator assigned _8/24/04_

At this time (aggrieved to initial one):
\_\_\_\_ I elect to remain anonymous.
_✓_ I waive my right to remain anonymous.

_____
Aggrieved person

_____
EEO official

_____
Title of EEO official

3

NAME AND ADDRESS OF ALLEGED DISCRIMINATION ORGANIZATION:

_____
_____
_____
_____

PART IV: **RELIEF SOUGHT**:

Reopen GS-15 position and fill it in fair selection process.

_____

PART V: **SUMMARY**:

The complainant agrees by initialing the following subject areas that the complaint process and/or Alternate Dispute Resolution (ADR) program has been discussed and/or handouts provided:

| | |
|---|---|
| Explained the role of the EEO Counselor | ✓ |
| Informed of basis(es) for filing an informal and formal individual or class complaint, and right to file. | ✓ |
| Explained the individual or class complaint Process. | ✓ |
| Issued avenues of redress. | ✓ |
| Informed of rights and responsibilities. | ✓ |
| Informed of 45-day requirement from effective date of personnel action or of the date of the matter alleged to be discriminatory to contact EEO Counselor | ✓ |
| Informed of requirement to notify EEO office of non-attorney or attorney representation in writing with address and phone number. | ✓ |

## Waiver For Anonymity

I, __Hsing C. Liu__ (Aggrieved Person), hereby, waive my right to anonymity during the EEO Counseling stage (the informal stage) of my EEO discrimination complaint.

I give the EEO Counselor, __Paula-Ann Cech__, permission to provide my name during the informal inquiry of my EEO discrimination complaint.

Also, I certify that my EEO Counselor has furnished me with a copy of this waiver for anonymity.

I understand that the original or a copy of this waiver will be made a part of the EEO Counselor's report.

__8/31/04__
Date

__Hsing C. Liu__
Aggrieved Person

_____
Date

_____
Aggrieved Person's Representative

__8/31/04__
Date

__Paula-Ann Cech__
EEO Counselor

Complaint of discrimination on the basis of national origin:

The Branch Chief William Howden has a narrow mind towards employees who are non-U.S. born immigrants. In his three-year tenure of the Branch Chief, he instituted discriminatory dual-standards at work between the native-born and the immigrants. The following complaint is about the breaching of the EEO Laws. Some may be not directly linked to the complaint; however, they serve as the basis of the complaint.

On September 20, 2004, Howden leaves the Branch for a new position on the Division level. I am filing this complaint to seek management's immediate corrective action in the promotion and job opportunity, including the re-posting for open competition the Branch's GS-15 vacancy that Howden once offered to pre-selected employees and later closed for a discriminating purpose.

1. Fixing position requirement – I was among three GS-14 employees (George Sharp, Shahnaz Ghavami, and myself) in the Branch eligible to apply a GS-15 vacancy. However, Howden tailored the job requirement to fit the resume of a pre-selected native-born. Even with a modification later in the job title, the intent and the practice remained.

2. Unfair selection – two native-born applicants (Sharp and Campbell) were offered the position. The third applicant, Qi Huang, an immigrant who also "*had excellent qualification, advanced degree, and 'an inch thick' application.*" was not selected.

3. Inappropriate position closing – after the two native-born (Sharp and Campbell) declined the position offer, Howden abruptly closed the position to remove my opportunity to apply. The reasons "*job objective were changed*" and "*there was a hiring freeze*" were not true.

4. Disparate treatment in promotion – Howden asked my participation in writing projects, in order to consider me for promotion. Sharp, a native-born, did not have to participate in writing projects to get the promotion.

5. Disparate treatment in training -- Howden told me to purchase software on my own expenses and spend my weekends in training. However, Sharp was provided with software and trained on work time.

6. Disparate treatment in job opportunity -- Besides plotted scheme to promote Sharp, in 2003, Howden crafted a change in the job title for four native-born employees from the Analysts to the Specialist. As a result, all analysts today are promoted to specialist in GS-12 grade. However, none of the immigrant employees were offered opportunity for advancement, included Sylvia Lam who is an immigrant at the GS-14 level. Finally, Lam requested a lateral transfer to another Branch in 2003.

7. Disparate treatment in performance awards -- the immigrant employees were repeatedly passed by outstanding performance awards, which always went to native-born employees.

8. Disparate treatment in delegation of authority -- Howden gave full delegation of authority to native-born specialists at work. At the same time, he took away delegation of authority from the immigrant engineers.

9. Bashing motivation -- please see the details in the attached e-mail of November 5, 2003. Also see the meeting note of January 30, 2004.

10. English -- Howden criticized that I had problems in commanding the English language, a remark no one ever told me in my twenty-nine years of working in this country.

11. English only -- Howden said that English should be the only language spoken in public places.

12. View on immigration -- Howden remarked that too many immigrants came to this country to take cheap wages resulted a lower standard of living in this country.

Time and Events

Mid 2002: Accused my command of the English language

May 16, 2002: Gave view on immigration

August 22, 2003: Remarked on English only

November 5, 2003: Bashing motivation

December 15, 2003: The International Bureau Satellite Division Systems Analysis Branch posted a GS-15 position for a physicist. The job title and description were narrowly worded so that only one person in the Branch could fit the job requirement.

January, 2004: By talking to George Sharp, I learned that Sharp had applied another position in the OET and the Branch Chief William Howden was trying to retain him by offering a promotion.

January 23, 2004: Shahnaz Ghavami and I had a candid discussion with Howden to express that there were no recognition for good work and lack of opportunities for career advancement.

January 27, 2004: Howden answered that in order to move up, I needed to make contributions writing papers. He produced a list of projects and asked my volunteer to participate.

January 30, 2004: Howden held a meeting with staff to discuss motivation and advancements. He said that there was not enough GS-15 position for everyone, but there were plenty to do at the GS-14 level.

February 4, 2004: Howden received complaints about the unnecessarily restriction in the job requirements, compelled him to change the position title to "interdisciplinary physicist/electronics engineer". I did not apply because the position was pre-determined to promote Sharp.

February 5, 2004: In order to receive Howden's consideration for advancement, I agreed to sign up for writing his papers.

March 9, 2004: Howden offered Sharp the GS-15 promotion. However, Sharp declined the offer and accepted an offer from the OET. When I learned this, I asked Howden if the position could be posted again so I could apply. Howden said no, because he had already selected another person who had *excellent qualification, advanced degree, and "an inch thick" application*. Howden declined to reveal the name of the person.



4

April 2, 2004: Howden offered the position to Donald Campbell who also declined the offer. Howden did not select a third applicant Qi Huang. On my further inquiry, now Howden said he was going to close the position.

April 16, 2004: Howden was in a staff meeting to answer why the position had to be closed. Howden said the *job objectives were changed*. At the end of the meeting, Howden agreed to ask his manager Thomas Tycz for a re-consideration of having the position re-opened.
July 13, 2004: Howden told Ghavami that he tried, before the position was closed, to bring in people from outside the Bureau to fill Sharp's GS-15 position. In another conversation with Ghavami, Howden said that he would close as well the GS-15 position that was presently held by Frank Peace, when Peace retired.

July 14, 2004: After a long waiting without answer, I inquired again.

July 19, 2004: Howden finally concluded that there was no plan to re-open the GS-15 position. Howden cited that there was a *hiring freeze*. From that moment, I realized that all attempts were failed.

September 20, 2004: Howden leaves the Branch for a newly created position on the Division level as a Senior Technical Advisor. Scott Kolter, a native-born from another Branch, will assume Howden's position as the Branch Chief. All these, like the way Howden came in for the position of the Branch Chief in three years ago, are in reassignments.