# FORMAL COMPLAINT OF DISCRIMINATION

| | |
|---|---|
| hority: | Public Law 92-261 |
| iciple Purpose: | Formal filing of allegation of discrimination because of race, color, religion, sex, handicap, age, national origin or reprisal |
| itine Uses: | This form and the information on this form may be used: (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to general requests for information under the Freedom of Information Act; (b) to respond to requests from legitimate outside individuals or agencies (e.g. Members of Congress, The White House, and the Equal Employment Opportunity Commission(EEOC) regarding the status of the complaint or appeal; and (c) to adjudicate complaint or appeal |
| closure: | Voluntary; however, failure to complete all appropriate portions of this form may lead to rejection of complaint on the basis of inadequate data on which to determine if complaint is acceptable. |

**NAME OF COMPLAINANT** (Last, First, Middle Initial): LIU, Hsing C.

**SOCIAL SECURITY NUMBER**: 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

**HOME TELEPHONE NO.**: (240) 603-4399

**3b. WORK TELEPHONE NO**: (202) 418-0759

**4. ADDRESS** (Include City, State, and ZIP Code): 17102 Indian Grass Drive, Germantown, MD 20874

**ARE YOU BEING REPRESENTED?** ☐ a. Yes (Complete 5c) ☒ b. No

**5c. IF YES, NAME OF REPRESENTATIVE**:

**NAME OF PERSON YOU BELIEVE DISCRIMINATED AGAINST YOU**: William E. Howden

**6b. LOCATION OF INDIVIDUAL NAMED IN 6a.**: Former Chief, Systems Analysis Branch, Satellite Division, International Bureau, Federal Communications Commission

**TITLE AND GRADE OF YOUR CURRENT JOB**: Electronics Engineer, Grade-14

**7c. ADDRESS OF YOUR CURRENT JOB**: Federal Communications Commission, 445 Twelfth Street, S.W., Washington DC 20554

**ARE YOU CURRENTLY A FEDERAL EMPLOYEE** ☒ Yes ☐ No (If Yes Complete 7c)

**8. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION OCCURRED**: July 19, 2004

**Reason you believe you were discriminated against (Check Below).**

☒ a. RACE (State your race): Asian
☐ b. COLOR (State your color):
☐ c. RELIGION (State your religion):
☒ d. NATIONAL ORIGIN (State Natl. Origin): China
☐ e. HANDICAP ☐ Mental ☐ Physical
☐ f. SEX ☐ Female ☐ Male
☐ g. AGE ☐ (specify age)
☐ h. REPRISAL

**10. I HAVE DISCUSSED MY COMPLAINT WITH AN EEO OFFICIAL**: ☒ a. Yes (Complete 10c) ☐ b. No

**10c. IF YES, NAME OF COUNSELOR**: Paula-Ann Cech

**11. DATE OF INITIAL INTERVIEW**: August 31, 2004

**12. EXPLAIN SPECIFICALLY HOW YOU WERE DISCRIMINATED AGAINST** (That is treated differently from other employees or applicants, because of your race, color, religion, sex, national origin, age, mental or physical handicap, or reprisal.) (If your complaint involves more than one basis for your dissatisfaction, list and number each such allegation separately and furnish specific, factual information in support of each.) Use additional sheets if necessary.

Please see additional sheets (two sheets attached)
Also please see the attached 34 page documentation.

WHAT SPECIFIC ACTION DO YOU WANT TAKEN TO RESOLVE YOUR COMPLAINT? (If more than one allegation is being made, state overall corrective action desired and the specific corrective action desired for each separate allegation.)

*Please see additional sheets (two sheets are attached)*

LIST IN ITEM 15 THE NAMES OF YOUR WITNESSES AND WHAT FACTUAL INFORMATION EACH WILL BE EXPECTED TO CONTRIBUTE THROUGH HIS/HER TESTIMONY TO THE INVESTIGATION OF YOUR COMPLAINT. *Please see additional sheets*

HAS THE MATTER LISTED IN ITEM 12 BEEN APPEALED TO THE MERIT SYSTEM PROTECTION BOARD OR FILED UNER NEGOTIATED GRIEVANCE PROCEDURE?    ☐ a. Yes (explain in Item 16)    ☑ b. No

REMARKS

SIGNATURE OF COMPLAINANT  /Henry C. Lin/

18. DATE (Month, Day, Year)  March 3, 2005

To be Completed by the Organization's EEO Office

certify that: (1) The complainant has reaffirmed this complaint in my presence and has stated that the facts contained therein are true to the best of his/ er knowledge ; (2) a determined effort at informal resolution of this complaint failed to produce a solution satisfactory to the complainant (3) local anagement in the appropriate charge of command has been informed concerning the complaint and its submission in the above format.

| 9. SIGNATURE OF EEO OFFICIAL | 20. PRINTED NAME & TITLE | 21. TELEPHONE NO. | 22. DATE COMPLAINT FILED |
|---|---|---|---|
| | | | |

INFORMATION CONCERNING THE PROCESSING OF YOUR COMPLAINT OF DISCRIMINATION

his form will be used only if you, as an FCC employee or as an applicant for Federal employment, think you have been treated unfairly because of your race olor, religion, sex, national origin, age, mental or physical handicap, or reprisal. If you have any questions concerning the completion of this form, you may ontact the *Office of Workplace Diversity (OWD) EEO Program Manager* at your activity.

Hsing C. Liu                                                                         March 3, 2005

## Formal Complaint of Discrimination

**Item-12:** This complaint is about the discrimination I experienced between mid 2002 to September 2004, because of my race and national origin. I was discriminated against in promotion opportunities, training, work assignments, and performance recognition. I was also subjected to a hostile work environment. The following is a list of allegations.

(1) Related to unfair treatment in posting vacancy announcement and providing promotion opportunities -- pre-selection of candidate, manipulation of selection process, obstruction of application filing, and inequity in promotion opportunity.

(2) Related to training -- disparate treatment in providing job training, training funds, and training time.

(3) Related to work assignments -- inequitable distribution of work.

(4) Related to recognition -- lack of recognition regardless of job accomplishment with respect to peer comparisons.

(5) Related to hostile work environment -- English-bashing, morale-bashing, offensive comments.

**Item-13:** The Vacancy Announcement 04-0068DF (04-0100) was posted for pre-selection and discrimination against others like me. The job title in the initial announcement excluded me to apply. Then the Chief told us the position was for a chosen individual that discouraged me to apply. Then the position was deliberately closed to block me to apply, because the chosen individual declined the offer.

I seek to re-post the Vacancy Announcement to reinstate my right to apply.

1

**Item-14:** Name of witnesses

(1) Shahnaz Ghavami – may provide information of unfair treatment on job posting and promotion opportunity, work assignments, recognition, and hostile environment.

(2) Qihui Huang – may provide information of unfair treatment on job posting and promotion opportunity.

(3) Carl Huie – may provide information of unfair treatment on job posting and promotion opportunity.

(4) George Sharp – may provide information of unfair treatment on job posting and promotion opportunity, and training.

(5) Towanda Bryant – may provide information of hostile environment.