UNITED STATES GOVERNMENT

# memorandum

DATE: May 16, 2005

REPLY TO
ATTN OF: June Taylor, Acting Director
Office of Workplace Diversity

SUBJECT: Dismissal of Your Discrimination Complaint (FCC-EEO-05-03)

TO: Hsing Liu
International Bureau

In your discrimination complaint filed on March 3, 2005, you assert that you were discriminated against based on your race (Asian) and national origin (Chinese) due to the Agency's failure to promote you, since 2002, to a GS-15 position. In your complaint, you also admit that the last incidence of discrimination occurred on September 20, 2004, when you requested management to repost the Physicist/Electronics Engineer with vacancy announcement 04-0100 for which you had not applied and which had been withdrawn by the Agency. The position was never filled. The EEOC's regulations provide, in pertinent part, that the Agency shall dismiss a complaint of employment discrimination that fails to state a claim. 29 CFR 1614.107(a)(1). In tandem, an Agency may only accept a complaint from an aggrieved employee or applicant for employment. Generally, to be aggrieved, you must demonstrate that you suffered a present harm or loss with respect to a term, condition or privilege of employment. See Villafana v. Potter, EEOC Appeal No. 01A42269 (June 22, 2004). Since you had never applied for the position at issue, you have failed to demonstrate that you suffered any harm whatsoever concerning a term, condition or privilege of employment. Therefore, your complaint must be dismissed pursuant to the terms of 29 CFR 1614.107(a)(1).

It also appears that your complaint must fail because the employment slot for which you did not apply, had been withdrawn by the Agency, and no one was ever selected. Thus, neither you nor any other employee suffered a cognizable harm or loss due to the Agency's discretionary action in removing the vacancy announcement from its posting. Your complaint will also be dismissed because the position was withdrawn and never filled. No harm was therefore suffered by you in this instance. Consequently, your complaint fails to state viable claim of employment discrimination.

If you are dissatisfied with this decision, you may file a notice of appeal with the Equal Employment Opportunity Commission's (EEOC) Office of Federal Operations (OFO) within 30 calendar days of receipt of the FCC's decision. You must file your appeal on EEOC Form 573, Notice of Appeal/Petition. Also, you may submit a brief or statement to support your appeal, to the OFO within 30 calendar days after filing the notice of appeal. A copy of the appeal and any supporting brief or statement must be furnished to the Federal Communications Commission. In your appeal to the EEOC, or attached to your appeal, you must certify the date and method by which delivery was made to the FCC.

If you decide to appeal to the EEOC, the notice of appeal and any supporting documents should be addressed to:

>   Director, Office of Federal Operations
>   Equal Employment Opportunity Commission
>   Post Office Box 19848
>   Washington, DC  20036

The appeal, and any documents or information submitted in support of it, must be submitted in **duplicate.**

In the alternative, your appeal may be hand delivered to:

>   Equal Employment Opportunity Commission
>   Office of Federal Operations, Federal Sector Programs
>   1801 L Street, NW
>   Washington, DC  20507

or sent by facsimile to:  202/663-7022.

If you do not file an appeal within the time limits stated above, your appeal will be untimely and will be dismissed by the EEOC.

Instead of an appeal to the EEOC, you may file a civil action in Federal district court within 90 calendar days after receiving this final decision. If you file a civil action under Title VII of the Civil Rights Act of 1964, as amended, or the Rehabilitation Act of 1973, as amended, and you do not have, or are unable to obtain, the services of a lawyer, you may request that the court appoint a lawyer to represent you. In such circumstances as the court may deem just, the court may appoint a lawyer and may authorize the commencement of the action without the payment of fees, costs or security. Any such request must be made within the above referenced 90-day time limit for filing suit and in such form and manner as the court may require.

If you decide to appeal to the EEOC's Office of Federal Operations, you may still file a civil action in Federal district court within 90 calendar days after receipt of the EEOC's final decision, or 180 calendar days after your appeal to the OFO, if no final decision has been rendered.

You are further notified that if you file a civil action, you must name the Chairman of the Federal Communications Commission as the defendant. Failure to name the Chairman of the FCC may result in the loss of any judicial redress to which you may be entitled.

If you have any questions about your rights, or if any portion of the EEO discrimination process is unclear to you, please call Linda T. Miller, EEO Program Manager at (202) 418-2581 for an explanation or clarification.