```
Citation              Search Result        Rank 3 of 35         Database
EEOC DOC 01A54395                                                FLB-EEOC
2005 WL 2659238 (E.E.O.C.), EEOC DOC 01A54395
(Cite as: 2005 WL 2659238 (E.E.O.C.))
```

E.E.O.C.
*1 Office of Federal Operations
HSING C. **LIU**, COMPLAINANT,
v.
KEVIN J. MARTIN, CHAIRMAN, FEDERAL COMMUNICATIONS COMMISSION, AGENCY.
Appeal No. 01A54395
Agency No. FCC-EEO-05-03
September 21, 2005
DECISION

Complainant filed a timely appeal with this Commission from the agency's decision dated May 16, 2005, dismissing his complaint of unlawful employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e et seq. In his complaint, complainant alleged that he was subjected to discrimination on the bases of race (Asian) and national origin (Chinese) when in 2004 he was not selected for the position of Physicist/Electronics Engineer Vacancy Announcement No. 04-0100.

The agency dismissed the complaint pursuant to EEOC Regulation 29 C.F.R. § 1614.107(a)(1) for failure to state a claim. The agency determined that complainant failed to show how he was harmed when he did not apply for the Physicist/Electronics Engineer position and therefore could not be selected. The Commission agrees with the agency. Complainant admits that he did not apply for the position. Complainant does not specifically argue that the eligibility requirements for the position were written such that his application for the position would have been fruitless. Complainant argues that he was discouraged from applying and that the selectee had been preselected. Complainant has not shown or claimed that he was not permitted to apply for the position. Complainant's argument that he would not have been selected if he had applied is speculative.

Accordingly, the agency's decision dismissing the complaint is AFFIRMED.

STATEMENT OF RIGHTS - ON APPEAL RECONSIDERATION (M0701)

The Commission may, in its discretion, reconsider the decision in this case if the complainant or the agency submits a written request containing arguments or evidence which tend to establish that:

1. The appellate decision involved a clearly erroneous interpretation of material fact or law; or
2. The appellate decision will have a substantial impact on the policies, practices, or operations of the agency.

Requests to reconsider, with supporting statement or brief, must be filed with the Office of Federal Operations (OFO) within thirty (30) calendar days of receipt of this decision or within twenty (20) calendar days of receipt of another party's timely request for reconsideration. See 29 C.F.R. § 1614.405; Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110), 9-18 (November 9, 1999). All requests and arguments must be submitted to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, D.C. 20036. In the absence of a legible

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Page 13

EEOC DOC 01A54395
**(Cite as: 2005 WL 2659238, \*1 (E.E.O.C.))**

postmark, the request to reconsider shall be deemed timely filed if it is received by mail within five days of the expiration of the applicable filing period. See 29 C.F.R. § 1614.604. The request or opposition must also include proof of service on the other party.

  **\*2** Failure to file within the time period will result in dismissal of your request for reconsideration as untimely, unless extenuating circumstances prevented the timely filing of the request. Any supporting documentation must be submitted with your request for reconsideration. The Commission will consider requests for reconsideration filed after the deadline only in very limited circumstances. See 29 C.F.R. § 1614.604(c).

COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0900)

  You have the right to file a civil action in an appropriate United States District Court within ninety (90) calendar days from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, filing a civil action will terminate the administrative processing of your complaint.

RIGHT TO REQUEST COUNSEL (Z1199)

  If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. See Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). The grant or denial of the request is within the sole discretion of the Court. Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

For the Commission:
Carlton M. Hadden
Director
Office of Federal Operations
 2005 WL 2659238 (E.E.O.C.), EEOC DOC 01A54395
END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.