Citation                Search Result           Rank 2 of 37         Database
EEOC DOC 05A60130                                                    FLB-EEOC
2005 WL 3143393 (E.E.O.C.), EEOC DOC 05A60130
(Cite as: 2005 WL 3143393 (E.E.O.C.))

E.E.O.C.
*1 Office of Federal Operations
HSING C. **LIU**, COMPLAINANT,
v.
KEVIN J. MARTIN, CHAIRMAN, FEDERAL COMMUNICATIONS COMMISSION, AGENCY.
Request No. 05A60130
Appeal No. 01A54395
Agency No. FCC-EEO-05-03
November 16, 2005

DENIAL

Hsing C. **Liu** (complainant) timely requested reconsideration of the decision in Hsing C. **Liu** v. Federal Communications Commission, EEOC Appeal No. 01A54395 (September 21, 2005). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. See 29 C.F.R. § 1614.405(b).

After reconsidering the previous decision, and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 01A54395 remains the Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court within ninety (90) calendar days from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. See Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). The grant or denial of the request is within the sole discretion of the Court. Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EEOC DOC 05A60130
(Cite as: 2005 WL 3143393, *1 (E.E.O.C.))

above ("Right to File A Civil Action").
For the Commission:
*2 Carlton M. Hadden
Director
Office of Federal Operations
END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.