# Hsing Liu

**From:** Bill Howden
**Sent:** Friday, April 02, 2004 2:26
**To:** Hsing Liu
**Subject:** RE: SAB Vacancy

Hsing - We won't be posting the position again. We did post a GS 11-14 that closes 4/7. If you want to discuss, I'll have some time next week.

> -----Original Message-----
> **From:** Hsing Liu
> **Sent:** Friday, April 02, 2004 2:20 PM
> **To:** Bill Howden
> **Subject:** RE: SAB Vacancy
>
> Bill,
>
> A few weeks ago, I inquired about a GS-15 vacancy within SAB that was posted twice on the job announcement board. At the time, you replied that you had made a candidate selection. Have you ever made a position offer to this candidate? If so, has he/she accepted the position offer? If not, will you post the position vacancy again until filled on the job announcement?
>
> Thanks much for the info.
>
> -Hsing
>
> > -----Original Message-----
> > **From:** Hsing Liu
> > **Sent:** Tuesday, March 09, 2004 8:41 AM
> > **To:** Bill Howden
> > **Subject:** Promotion
> >
> > Bill,
> >
> > George Sharp is leaving the Branch and his position soon will be vacant. I understand that recently there was an attempt to upgrade this position to GS-15. Since his leaving, will the position be open again and announced on the job bulletin? Have you already considered or selected the candidate for his replacement? If not, would you like to promote and reward employees within the Branch, such as me, and encourage them to apply?
> >
> > Thanks,
> >
> > Hsing