UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HSING C. LIU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0268 (JR) |
| ) | |
| KEVIN J. MARTIN, Chairman, ) | |
| Federal Communications Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT**

The Defendant hereby files its motion for summary judgment. The Defendant's Undisputed Material Facts and Memorandum of Law in support of its motion have been electronically filed separately at the Court's docket entry number 3.

Dated: May 1, 2006                    Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

 /s/
RUDOLPH CONTRERAS
D.C. Bar # 434122
Assistant United States Attorney


 /s/
Of Counsel:                           HEATHER R. PHILLIPS
                                      C.A. Bar # 19620
Michael A. Krasnow                    Assistant United States Attorney
Federal Communications                Civil Division
Commission                            555 4th Street, N.W., Rm E4212
                                      Washington, DC 20530
                                      (202) 514-7139

1