United States District Court
for the District of Columbia

Hsing C. Liu

    V                    Civil Action No. 1:06CV 00268

Kevin J. Martin, Chairman

Consent Motion to Extend Time to File Reply to Motions of Defendant

The plaintiff moves this Court for an order for an extension of time to file a response to the motion of the Government for summary judgment. There is no opposition by the Office of the United States Attorney. The government's pleadings were not received by the undersigned until May 4th, 2006 and were given to the plaintiff for review. The plaintiff requests an extension until the 12th of June 2006 to respond to the motion of the government which will enable plaintiff and counsel to respond diligently to the motion.

_____
Sol Z. Rosen Esq. #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

<u>The Certificate of Service</u>

    I certify that a copy of the above has been mailed to Heather Phillips, AUSA at the office of the United States Attorney on May 9th, 2006.

_____
Sol Z. Rosen Esq.