United States District Court
for the District of Columbia

Hsing C. Liu

    V                      Civil Action No. 1:06CV 00268

Kevin J. Martin, Chairman

## **ORDER**

Upon consideration of the unopposed motion of the plaintiff to extend time to file a response to the motion for summary judgment until June 12, 2006, the same is granted;

_____
Judge, United States District Court

copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Heather Phillips
Assistant United States Attorney-Civil Division
555 4th Street NW
Washington, D.C. 20001