UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HSING C. LIU, | : |
|     Plaintiff, | : |
|     v. | : Civil Action No. 06-0268 (JR) |
| KEVIN J. MARTIN, Chairman, Federal Communications Commission, | : |
|     Defendant. | : |

**ORDER**

    Plaintiff's motion for an extension of time [5] is **granted**, but counsel will take notice that both his docket entry and the caption of his motion have incorrectly labeled the relief he seeks. He does not seek additional time to file an "answer" (docket entry) or a "reply" (caption). He seeks additional time to file an opposition to the government's motion for summary judgment. See LCvR 7(b). A proper caption and proper docket entry would have been "consent motion for extension of time to file opposition" -- and would have been granted in seconds, instead of the considerably longer time it has taken to figure out what counsel really wants and to prepare this little lecture.

                                      JAMES ROBERTSON
                           United States District Judge