

# EEO Counselor's Report
## 29 C.F.R. §1614.105(c)

## I. Required Elements

### A. Aggrieved Person

Name:           Hsing Liu

Job Title/Series/Grade        Electronics Engineer GS 0855 - 14

    Bureau, Office, Division, or Branch   International Bureau, Satellite Division, Systems Analysis Branch

Work Phone Number    202-418-0759

Home Phone Number    301-540-6208

Home Address         17102 Indian Gras Drive
                       Germantown, ~~FN~~ MD 20874

### B. Chronology of EEO Counseling

Date of Initial Contact    8//24/04

Date of Initial Interview    8/31/04

Date(s) of Alleged Discriminatory Event(s)  Mid-2002, through July, 19, 2004

45th Day After Event(s)

Reason for delayed contact beyond 45 days, if applicable

Date Counseling Report Requested    4/1/05

Date Counseling Report Submitted    4/4/05



C. Basis(es) for Alleged Discrimination

1.[ ] Race (Specify)
2.[ ] Color (Specify)
3.[X] National Origin (Specify) CHINESE
4.[ ] Sex (Specify)
5.[ ] Age (Date of Birth)
6.[ ] Mental Handicap (Specify)
7.[ ] Physical Handicap (Specify)
8.[ ] Religion (Specify)
9.[ ] Reprisal (Identify earlier event and/or opposed practice, give date)

D. Precise Description of the Issue(s)
Since mid-2002, Mr. Liu's supervisor, Branch Chief William Howden had made a derogatory remark about Mr. Liu's command of the English language and also gave a negative remark about immigrants. This type of work environment continued and in August of 2003, Mr. Howden remarked that he agreed with the "English only" philosophy. In December 2003, the Branch posted a GS-15 Physicist position that was written so narrowly for one person who held this job classification, George Sharp who was a GS-14. Mr. Howden basically admitted to people in the branch that this was a promotion for Mr. Sharp so Mr. Liu and others in the Branch did not apply, notably Shahnaz Ghavami, also a non-native because they were told by Mr. Howden basically that the job was going to go to Mr. Sharp. When someone outside of the branch objected to the narrowness of the posting, the job was reposted to an interdisciplinary posting of Physicist/Electronics Engineer GS-15. Even though the job was reposted to reflect the Electronics Engineer, Mr. Liu and Ms. Ghavami did not apply because they were sure that Mr. Howden would pick Mr. Sharp and would not pick a non-native born applicant.

Also during this time, Mr. Liu had a discussion with Mr. Howden on the lack of opportunities for career advancement and recognitions for good work. Mr. Howden stated that Mr. Liu needed to write papers when Mr. Howden had not requested this of other GS-14's such as Mr. Sharp. Mr. Howden also said that Mr. Liu needed to buy his own software for training materials when others in the division such as Mr. Sharp had not had to do so.

In March 2004, Mr. Howden offered the postion to Mr. Sharp who declined the offer. Mr. Liu learned of this and then asked Mr. Howden if he could apply. Mr. Howden offered the position to another native born individual, Donald Campbell who declined the position. Mr. Liu also learned that Mr. Howden did not select Qi Huang who was also on the Best Qualified list, but instead closed the position.

After Mr. Liu asked again to re-open the position, in April 2004, Mr. Howden said that the job objectives had changed, but he agreed to ask his manager, Tom Tycz, if the position could be re-opened. (Mr. Tycz cannot recall Mr. Howden being asked to reopen the position.)



On July 13, 2004, Mr. Howden told Ms. Ghavami, who told Mr. Liu, that he tried to bring people from outside the bureau to the GS-15 position before it was closed and that he would close another GS-15 position that was held by someone in the branch when that person retired. This news meant that Mr. Liu had no avenue of advancement to GS-15.

On July, 14, 2004, Mr. Liu inquired again about reopening the GS-15 position. On July 19, 2004, Mr. Howden stated that there was no plan to reopen the position and that there was a hiring freeze on. There was no "hiring freeze" for inside hires at the FCC, but Mr. Liu did not know this at the time. Mr. Liu learned of this later during counseling.

Mr. Liu felt that the failure to reopen the position was based on discrimination on the basis of national origin so that he was unable to apply.

It must be noted that during this process, Mr. Liu was terribly afraid of reprisals and afraid to come forward. At the initial interview, he was very afraid for me, the counselor to interview to people necessary to determine what had happened, and wanted to take time to determine what to do.

On September 20, 2004, Mr. Howden was relieved as Systems Analysis Branch Chief for a position in the Division front office, a new GS-15 position. Scott Kolter was made Branch Chief. Mr. Liu was still afraid for me to interview people with Howden being in the front office so I extended his counseling for 60 calendar days. At this point, Mr. Liu heard that Mr. Howden was going to retire. Mr. Howden did retire in January 2005.

E. Remedy Requested

Mr. Liu requests that the GS-15 Electronics Engineer position be reopened so that he may apply and that the selection process be conducted in a fair and non-discriminatory manner.

F. EEO Counselor's Checklist – The Counselor advised the aggrieved person in writing of the Rights and Responsibilities contained in the EEO Counselor Checklist on the following date:_____8/31/04_____. (Please attach a copy.)

II. Summary of Informal Resolution Attempts

A. The Counselor (specify)[ ] DID NOT / [ X ] Did attempt resolution.

1. Personal Contacts

   Shahnaz Ghavami GS-14 Electronics Engineer
   Tom Tycz Division Chief, Satellite Division
   Scott Kolter, Branch Manager, Satellite Division

2. Documents Reviewed (see attached)

   Vacancy Announcement # 04-0068DF Physicist GS-1310-15

Vacancy Announcement # 04-0100 Interdisciplinary: Physicist/Electronics Engineer GS-310/0855 – 15
Printouts of E-mails: from Bill Howden to Hsing Liu: from Hsing Liu to Bill Howden
Minutes of SAB Meeting April 16, 2004
Time and Events – Timeline provided by Complainant
Complaint of discrimination on the basis of national origin: Summary provided by complainant

3. Summary of Informal Resolution Attempt

Because of Mr. Liu's great fears of reprisal from Mr. Howden, the counselor first met with Tom Tycz, Division Chief, on January 21, 2005, to apprise him of the situation, the allegations, and ask him if Howden had requested that the position be reopened in July of 2004. Mr. Tycz did not recall that Mr. Howden did. At this meeting, the counselor informed Mr. Tycz of the previous hostile work environment and the means by which Mr. Liu was influenced not to apply for the GS-15 position and his inability to get Mr. Howden and management to re-open the position. Also mentioned was the lack of software and need for writing papers to advance that Mr. Howden had placed on Mr. Liu. The counselor asked Mr. Tycz if he would be willing to re-open the position and have a meeting with Mr. Liu to discuss the situation. Mr. Tycz agreed to discuss the options with his management and said he would get back to the counselor by the next week.

On February 12, 2005, a meeting with Hsing Liu, the counselor, Paula-Ann Cech, Tom Tycz and Scott Kolter was held to discuss the situation and to see if some remedy could be sought. Mr. Liu explained the discrimination that he felt had occurred to him under Mr. Howden's supervision and how this influenced him not to apply for the GS-15 position. At that time, Mr. Liu presented Mr. Kolter and Mr. Tycz which copies of e-mails between himself and Mr. Howden and minutes of a branch staff meeting that occurred during the time the position was being closed. Mr. Tycz said that he could not, at the present time, get the International Bureau management to say that they would let him re-open the position at this time, but that he would try to do so again. Mr. Tycz and Mr. Kolter said that Mr. Liu could have software to train with if he submitted it for approval. Mr. Tycz and Mr. Kolter also said that it would be possible to look into an accretion of duties for promotion potential to GS-15.

B. Facts About Mediation and Questions and Answers About Mediation were provided to the aggrieved person on the following date:            8/31/04            . (Please attach a copy.)

Name of Counselor   Paula-Ann Cech

Signature   *Paula-Ann Cech*

Date   April 4, 2005

Counselor's Phone Number    202-418-1551

Office Address        Pricing Policy Division 5A-235
                      445 12th Street SW
                      Washington, DC 20554