United States District Court
for the District of Columbia

Hsing C. Liu

V.                                    Civil Action No. 1:06CV-00268 (JR)

Kevin J. Martin, Chairman

## **ORDER**

Upon consideration of the motion of the defendant for summary judgment and dismissal

and the pleadings filed thereto, the same is denied.

_____
Judge, United States District Court

Copies to;

Heather R. Phillips Esq.
Assistant United States Attorney
Civil Division
555 4th Street NW, Rm. E-4212
Washington, D. C. 20001


Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008