United States District Court
for the District of Columbia

Hsing C. Liu

V.                                        Civil Action No. 1:06CV-00268 (JR)

Kevin J. Martin, Chairman

**ORDER**

Upon consideration of the motion of the plaintiff to stay consideration of the motion to dismiss filed by the defendant, to allow discovery in accordance with rule 56(f) of the rules of civil procedure and the pleadings filed thereto, the same is granted.

_____
Judge, United States District Court

Copies to;

Heather R. Phillips Esq.
Assistant United States Attorney
Civil Division
555 4th Street NW, Rm. E-4212
Washington, D.C. 20001

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008