United States District Court
for the District of Columbia

Hsing C. Liu

      V.                      Civil Action No. 1:06CV-00268 (JR)

Kevin J. Martin, Chairman

Motion to Extend Order of Court Dated June 14,2006

    The plaintiff moves this court for an order to extend the time periods stated in its order of June 14,2006 which allowed the plaintiff 120 days to respond to the motion for summary judgment. In support it alleged as follows;

    1) The order of the Court granted the plaintiff 120 days to respond to the motion of the defendant for summary judgment. This will enable the plaintiff to conduct discovery in accordance with rule 56(f) of the federal rules of civil procedure. The Court did not order the defendant to file an answer to the complaint which is necessary as the plaintiff cannot conduct discovery without knowing the defenses of the defendant to the complaint.

    2) It is prayed that the court direct the defendant to file an answer within 20 days and then allow the plaintiff to complete discovery within the 120 days after the receipt of the answer so that a realistic answer to the motion for summary judgment can be filed with the Court.

_____
Sol Z. Rosen Esq. #10967
2502 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

<u>The Certificate of Service</u>

I certify that a copy of the above has been served on the office of the United States Attorney by mail and electronic filing on the 15th of June 2006.

_____
Sol Z. Rosen Esq.
