United States District Court
for the District of Columbia

Hsing C. Liu

      V.                        Civil Action No. 1:06CV-00268 (JR)

Kevin J. Martin, Chairman

### **ORDER**

Upon consideration of the motion to extend time and the responses thereto, the same is granted. The defendant shall file an answer to the complaint within 20 days of the order and the plaintiff shall have 120 days to file a response from the date of the receipt of the answer to the complaint.

_____
Judge, United States District Court

Copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Heather Phillips Esq.
Assistant United States Attorney-Civil Division
555 4th Street NW
Washington, D.C. 20001