**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HSING C. LIU,                          :
                                       :
    Plaintiff,                     :
                                       :
  v.                                   : Civil Action No. 06-0268 (JR)
                                       :
KEVIN J. MARTIN, Chairman,             :
Federal Communications                 :
Commission,                            :
                                       :
    Defendant.                     :

## ORDER

Plaintiff's motion for extension of time [10] is **denied.** There was no reason for the court to "order defendant to file an answer." The filing of an answer after the denial of a motion to dismiss is required by operation of the Federal Rules of Civil Procedure.

                                                      JAMES ROBERTSON
                                  United States District Judge