UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HSING C. LIU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN J. MARTIN, Chairman, )<br>Federal Communications Commission, )<br>)<br>Defendant. ) | Civil Action No. 06-0268 (JR) |

## ANSWER TO COMPLAINT

### Affirmative Defenses

### First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Plaintiff failed to timely exhaust his administrative remedies.

### Answer

Without waiving any defenses and/or objections, and in response to the numbered paragraphs in plaintiff's Complaint, defendant responds as follows:

1. Defendant admits the first and second sentences of paragraph 1. The remainder of this paragraph contains plaintiff's characterization of his Complaint and/or conclusions of law to which no response is required. To the extent that a response is deemed required, defendant denies the allegations.

2. Defendant denies the allegations in the first sentence of this paragraph, but admits that plaintiff filed a formal EEO complaint with the FCC's Office of Workplace Diversity (OWD) on March 3, 2005; that complaint speaks for itself. With respect to the

second sentence of this paragraph, defendant admits that its OWD issued a decision dated May 16, 2005, dismissing plaintiff's EEO complaint. Defendant admits the allegations contained in the third sentence of this paragraph. With respect to the fourth sentence of this paragraph, defendant admits that the EEOC issued a decision dated November 16, 2005, denying plaintiff's request for reconsideration; that decision speaks for itself. With respect to the fifth sentence of this paragraph, defendant admits that plaintiff filed this lawsuit within ninety days after receiving the EEOC's November 16, 2005 decision, but denies that plaintiff timely exhausted his administrative remedies regarding the claims alleged in this lawsuit and denies that those claims are properly before this Court.

3. Defendant denies the allegations in this paragraph, except admits that Donald Campbell was selected for VAN 04-0100 and declined the position.

4. Defendant denies the allegations in this paragraph, but lacks information sufficient to form a belief as to whether plaintiff was qualified for VAN 04-0100 because he did not submit an application for that vacancy.

5. Defendant is unable to respond the first sentence of this paragraph because the allegation that "the employment record of the plaintiff has met the requirements of the defendant agency" is vague and unclear. With respect to the second sentence, defendant admits that plaintiff has been employed at the FCC since March 23, 1994, and has received evaluations of "pass" in the FCC's "pass/fail" performance evaluation system during the years 2002 through 2006 (records are not maintained prior to 2002).

6. Defendant denies the allegations in this paragraph.

7. Defendant denies the allegations in this paragraph.

8. Defendant denies the allegations in the first sentence of this paragraph. The remainder of this paragraph contains plaintiff's prayer for relief to which no response is required. To the extent a response is deemed necessary, defendant denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

Defendant specifically denies each and every allegation of the Complaint to the extent that it is not specifically and expressly admitted herein, and further denies that plaintiff is entitled to the relief requested or to any relief whatsoever. Defendant further avers that any award of compensatory damages would be subject to and limited by 42 U.S.C. § 1981a (b)(3)(D).

WHEREFORE, Defendant requests that the Complaint be dismissed with prejudice and that the Court grant such other and further relief as the Court may deem just and proper.

Dated: June 21, 2006                    Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS
D.C. Bar # 434122
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS
C.A. Bar # 19620
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Rm E4212
Washington, DC 20530
(202) 514-7139

3