UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HSING C. LIU, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-0268 (JR) |
| ) | |
| KEVIN J. MARTIN, CHAIRMAN ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ATTORNEY APPEARANCE AND WITHDRAWAL

Pursuant to Local Rules 83.6 (a) and (b) of the Rules of the United States District Court for the District of Columbia, the Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Heather Phillips as counsel of record.

Respectfully submitted,

_____/S/_____
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Attorney Appearance and Withdrawal was filed via the Court's electronic filing system on this June 27, 2006 and is expected to be served by the Court's electronic transmission facilities on:

Sol Z. Rosen, Esq,
2502 Calvert Street NW #212
Washington, D.C. 20008
202 296-8485 (phone)
202 296 9375 (fax)

                              /S/
                        ANDREA McBARNETTE, D.C. Bar #483789
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 Fourth Street, N.W.,
                        Washington, D.C. 20530
                        (202) 514-7153