UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HSING C. LIU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN J. MARTIN, Chairman, )<br>Federal Communications Commission, )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-0268 (JR) |

JOINT MOTION TO STAY DISCOVERY

The parties hereby jointly move to stay discovery in this case for sixty (60) days within which time the parties will attempt to reach a settlement agreement.  In this case against defendant Kevin J. Martin, Chairman of the Federal Communications Commission ("FCC"), the plaintiff Hsing Liu has alleged discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq..  The parties have agreed to conduct settlement negotiations and seek to reserve resources and attorney's fees by staying discovery.  Accordingly, for the foregoing reasons, the parties request that this motion be granted and that discovery be stayed.

Executed this 12th day of September, 2006.

Respectfully submitted,

SOL ROZEN
D.C. BAR #10967
Attorney at Law
2501 Calvert St. #212, N.W.
Washington, D.C.
(202) 296-8485

Counsel for Plaintiff

KENNETH L. WAINSTEIN
D.C. BAR # 451058
United States Attorney

RUDOLPH CONTRERAS
D.C. BAR # 434122
Assistant United States Attorney

ANDREA MCBARNETTE
D.C. BAR #483789
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226

Counsel for Defendant

SO ORDERED:

_____                              _____
DATE                                                UNITED STATES DISTRICT JUDGE