UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HSING C. LIU,<br><br>      Plaintiff,<br><br>v.<br><br>KEVIN J. MARTIN, Chairman,<br>Federal Communications Commission,<br><br>      Defendant. | Civil Action No.: 06-0268 (JR) |

JOINT MOTION FOR ALTERNATIVE DISPUTE RESOLUTION

      The parties hereby jointly request that the Court refer the case to a magistrate judge for the purposes of alternative dispute resolution ("ADR") procedures. The parties on September 12, 2006 had requested a stay of discovery in order to allow time for the parties to attempt to reach a settlement agreement. In this case against defendant Kevin J. Martin, Chairman of the Federal Communications Commission ("FCC"), the plaintiff Hsing Liu has alleged discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq.. The parties discussed settlement and now believe that they could benefit from the Court's ADR procedures. In order to reserve resources and attorney's fees, the parties request that discovery be stayed pending the ADR procedures for sixty (60) days within which time the parties will attempt to reach a settlement agreement. Accordingly, for the foregoing reasons, the parties request that the Court refer this case for ADR and that discovery be stayed.

Executed this 7th day of November, 2006.

Respectfully submitted,

_____        _____
SOL ROZEN                             JEFFREY A. TAYLOR
D.C. BAR #10967                       D.C. BAR # 498610
Attorney at Law                       United States Attorney
2501 Calvert St. #212, N.W.
Washington, D.C.
(202) 296-8485
                                      _____
                                      RUDOLPH CONTRERAS
Counsel for Plaintiff                 D.C. BAR # 434122
                                      Assistant United States Attorney


                                      _____
                                      ANDREA MCBARNETTE
                                      D.C. BAR #483789
                                      Assistant U.S. Attorney
                                      U.S. Attorney's Office
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7226


                                      Counsel for Defendant



SO ORDERED:


_____                _____
DATE                                  UNITED STATES DISTRICT JUDGE