```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

HSING C. LIU,                          :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :  Civil Action No. 06-0268 (JR)
                                       :
KEVIN J. MARTIN, Chairman,             :
Federal Communications                 :
Commission,                            :
                                       :
        Defendant.                     :

### ORDER REFERRING TO A MAGISTRATE JUDGE

Upon consideration of the parties' joint motion, it is **ORDERED** that this case is referred to a Magistrate Judge of this Court for settlement. It is **FURTHER ORDERED** that discovery in this case is stayed for a period of 60 days after the date of this order. And it is **FURTHER ORDERED** that the parties file a status report on or before January 9, 2007.

```
                                    JAMES ROBERTSON
                            United States District Judge
```