United States District Court
For the District of Columbia


Hsing Liu

   V.                Civil Action No. 1:06 cv-268 (DAR)


Kevin Martin, Chairman


Consent Motion to Continue Srettlement Conference


    The plaintiff moves this Court for an order to continue the settlement conference in this

case to December 20,2006 at 9:30 a.m. There is no opposition to the motion


_____
Sol Z. Rosen Esq.#1-067
2501 Calvert Street NW #212
Washington, D.C,. 20008
(202) 296-8485
Fax(202) 296-9375


The Certoificate of Service

    I certify that a copy of the above has been served on the office of counsel for the
defendant by ECF system. on December 11,2006


_____
Sol Z. Rosen Esq.

.