United States District Court
For the District of Columbia

Hsing Liu

   V.               Civil Action No. 1:06 cv-268 (DAR)

Kevin Martin, Chairman

## CONSENT ORDER

Upon consideration of the joint request of the parties to continue the settlement conference to the 20th of December 2006 at 9:30 a.m. the same is granted.

                                             _____
                                          Magistrate Judge ,U.S. District Court

copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington. D.C. 20008

Andrea McBarnette Esq.
Assistant United States Attorney-Civil Division
555 4th Street NW
Washington . D.C. 20001