PRAECIPE

FILED

# United States District Court
## for the District of Columbia

DEC 20 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

the __20__ day of __December__ 19 __2006__

__LIU__ vs. __FCC__    Civil / Criminal Action No. __06-0268__

Parties have in principal agreed to settle the case.

The Clerk of said Court will __This is not the agreement of settlement. In principal:__

1) GS Promotion to Level 14/10 (step) effective date Judge approves settlement and retroactive to date the agreement is signed.

2) lump sum of $10,000

Date

BAR IDENTIFICATION NO.

Signature    AUSA Andrea McBarnette

Print Name    FCC Counsel Michael Krasnow

Address    Plaintiff's counsel Sol Rosen

City    State    Zip Code
Plaintiff Hsing Liu

Phone Number

**CERTIFICATE OF SERVICE**